

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Ex parte Cheyenne Bigelow

No. 06-19-00052-CR

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. 40781). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Cheyenne Bigelow, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MAY 24, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk